LOUIS A. LEONE, ESQ. (SBN: 099874)
BRIAN A. DUUS, ESQ. (SBN: 263403)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-Mail: lleone@leonealberts.com
bduus@leonealberts.com

Attorneys for Defendant
ANTIOCH UNIFIED SCHOOL DISTRICT

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.F., a minor, by and through his Guardian Ad Litem, MELANIE FLYTE<br><br>Plaintiff,<br><br>vs.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT, A Local Educational Agency<br><br>Defendant. | Case No.: 18-cv-04731- KAW<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE FROM JANUARY 22, 2019, TO JANUARY 29, 2019 AS MODIFIED** |

Pursuant to Local Rules 6-1 and 6-2, counsel for Plaintiff N.F., a minor, by and through his Guardian Ad Litem, MELANIE FLYTE, and Defendant Antioch Unified School District hereby stipulate that the initial Case Management Conference be rescheduled from January 22, 2019, 1:30 pm, to January 29, 2019, 1:30 pm, or to another date and time to be determined by the Court. The reason is that lead counsel for Defendant has a pre-scheduled hearing on a motion for summary judgment set on January 22, 2019, 3:30 pm, in the case *N.M. v. Fresno Unified School District, et. al.,* Fresno County Superior Court, Case No.: 17CECG03023.

**IT IS SO STIPULATED.**

Dated: November 1, 2018     **LEONE & ALBERTS**

/s/ Brian A. Duus
BRIAN A. DUUS
Attorneys for Defendant
ANTIOCH UNIFIED SCHOOL DISTRICT

Dated: November 1, 2018     **LAW OFFICE OF TANIA WHITELEATHER, INC.**

/s/ Tania L. Whiteleather
TANIA L. WHITELEATHER
Attorneys for Plaintiff
N.F. a minor, by and through his Guardian Ad Litem, MELANIE FLYTE

I, Brian A. Duus, am the ECF User whose ID and password are being used to file this STIPULATION RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE FROM JANUARY 22, 2019, TO JANUARY 29, 2019. In compliance with Local Rule 5-1(i)(3), I hereby attest that attorney Tania L. Whiteleather has concurred in this filing.

/s/ Brian A. Duus

**[PROPOSED] ORDER AS MODIFIED**

The initial case management conference is hereby rescheduled to: 2/5/19 @ 1:30 pm. The joint case management conference statement is due on 1/29/19.

**IT IS SO ORDERED:**

Dated: November 5, 2018

Hon. Kandis A. Westmore
Judge of the U.S. District Court
Northern District

---

STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE     Case No.: 18-cv-04731- KAW