TANIA L. WHITELEATHER, ESQ. (SBN: 141227)
LAW OFFICES OF TANIA L. WHITELEATHER, INC.
5445 E. Del Amo Blvd. Ste 207
Lakewood CA 90712
Telephone: (562) 866-8755
Facsimile: (562) 866-6875
tlwhiteleather@gmail.com

Attorney for Plaintiff N.F., a minor,
by and through his Guardian Ad Litem
Melanie Flyte

LOUIS A. LEONE, ESQ. (SBN: 099874)
BRIAN A. DUUS, ESQ. (SBN: 263403)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-Mail: lleone@leonealberts.com
          bduus@leonealberts.com

Attorneys for Defendant
ANTIOCH UNIFIED SCHOOL DISTRICT

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.F., a minor, by and through his Guardian Ad Litem, MELANIE FLYTE<br><br>          Plaintiff,<br><br>     vs.<br><br><br>ANTIOCH UNIFIED SCHOOL DISTRICT, A Local Educational Agency<br><br><br>          Defendant. | **Case No.:   18-cv-04731- KAW**<br><br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br> AS MODIFIED |

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST     Case No.: 18-cv-04731- KAW
AMENDED COMPLAINT

1

Pursuant to Local Rules 6-1 and 6-2, counsel for Plaintiff N.F., a minor, by and through his Guardian Ad Litem, MELANIE FLYTE, and Defendant Antioch Unified School District hereby stipulate that Plaintiff be granted leave to file the First Amended Complaint attached hereto as Exhibit A. The reason is Plaintiff abandons and dismisses the Second and Third Causes of Action for alleged violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. The parties stipulate that the Clerk of the Court be ordered to file the First Amended Complaint.

It is further stipulated that Defendant's Motion to Dismiss filed December 7, 2018 (Dkt. 17) is moot and the hearing set for January 31, 2019, may be vacated.

It is further stipulated that Defendant may have 30 days from the filing of the First Amended Complaint to file a responsive pleading.

**IT IS SO STIPULATED.**

Dated:  January 22, 2019                    **LEONE & ALBERTS**

                                            */s/ Brian A. Duus*
                                            BRIAN A. DUUS
                                            Attorneys for Defendant
                                            ANTIOCH UNIFIED SCHOOL DISTRICT

Dated:  January 22, 2019                    **LAW OFFICE OF TANIA WHITELEATHER, INC.**

                                            */s/ Tania L. Whiteleather*
                                            TANIA L. WHITELEATHER
                                            Attorneys for Plaintiff
                                            N.F.  a minor, by and through his Guardian
                                            Ad Litem, MELANIE FLYTE

I, Tania L. Whiteleather, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT.  In compliance with Local Rule 5-1(i)(3), I

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST     Case No.: 18-cv-04731- KAW
AMENDED COMPLAINT

2

hereby attest that attorney Tania L. Whiteleather has concurred in this filing.

*/s/ Tania L. Whiteleather*

TANIA L. WHITELEATHER

## [~~PROPOSED~~] ORDER AS MODIFIED

Plaintiff is granted leave to file the First Amended Complaint attached as Exhibit A to the parties' Stipulation. The reason is Plaintiff abandons and dismisses the Second and Third Causes of Action for alleged violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. ~~The Clerk of the Court is ordered to file the First Amended Complaint.~~ Plaintiff shall file FAC within 3 days of this order.

Defendant's Motion to Dismiss filed December 7, 2018 (Dkt. 17) is deemed moot and the hearing set for January 31, 2019, is hereby vacated.

Defendant has 30 days from the filing of the First Amended Complaint to file a responsive pleading. The 2/5/19 case management conference is continued to April 30, 2019. The joint case management statement is due by April 23, 2019.

IT IS SO ORDERED.
Dated: January  23 , 2019

Hon. Kandis A. Westmore
Judge of the U.S. District Court
Northern District

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT     Case No.: 18-cv-04731- KAW

3